**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| MIKAYEL MIKOYAN, | Case No. EDCV 26-1581-AS |
|         Petitioner, | |
|    v. | **ORDER GRANTING UNOPPOSED** |
| | **MOTION FOR TEMPORARY** |
| TODD BLANCHE,[1] et al., | **RESTRAINING ORDER** |
|         Respondents. | |

On April 1, 2026, Petitioner Mikayel Mikoyan ("Petitioner"), an immigration detainee who is in the custody of United States Immigration and Customs Enforcement ("ICE") at the Adelanto Detention Facility in Adelanto, California, and is represented by counsel, filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), along with a Motion for Temporary Restraining Order ("TRO") seeking immediate release from custody on the ground that his detention violates his Fifth Amendment right to due

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Todd Blanche, the current Acting United States Attorney General, is hereby substituted for the former Attorney General as a Respondent in this action.

process, among other grounds. (Dkt. Nos. 1, 3). On April 3, Respondents filed a response expressly stating that they do not oppose Petitioner's TRO motion. (Dkt. No. 11). In light of this response, and upon review of the motion and the record as a whole, the Court finds that the requested TRO is warranted.[2]

Accordingly, the Court **GRANTS** Petitioner's TRO motion (Dkt. No. 3) and **ORDERS** Respondents to release Petitioner from immigration detention forthwith.

**IT IS SO ORDERED**

DATED: April 3, 2026

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

---

[2] The parties have consented to proceed before the undersigned United States Magistrate Judge. (See Dkt. Nos. 6, 8, 10).

2